IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL R. TURNER     PLAINTIFF

V.     CASE NO. 5:16-CV-5297

SHERIFF TIM HELDER; DR. ROBERT
KARAS; KARAS MEDICAL SERVICES;
SARGEANT J. BYRD (#414); NURSE
LANDON HARRIS; and R. WALKER     DEFENDANTS

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 31) filed in this case on November 30, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment (Doc. 23) is **GRANTED IN PART and DENIED IN PART**. Specifically, all claims against Sergeant Byrd and all personal capacity claims against Sheriff Helder are **DISMISSED WITH PREJUDICE**. In all other respects, the Motion is **DENIED**. This matter will be set for trial.

**IT IS SO ORDERED** on this 4th day of January, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE